UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT O. BRAY,

          Plaintiff,

      v.

THURSTON COUNTY CORRECTIONAL FACILITY, *et al*,

          Defendants.

Case No.  C07-5368RBL-KLS

MINUTE ORDER

The court hereby directs the Clerk to enter the following Minute Order:

      On December 14, 2007, the Court issued two orders in this matter denying plaintiff's request for a continuance (Dkt. #11) and directing service of the complaint (Dkt. #12). On December 14, 2007, and December 20, 2007, respectively, the postal service returned plaintiff's copies of those orders, which were sent to his last known address. Apparently, plaintiff is no longer at that address, but he has not informed the Court of his change of address.

      Local Rule CR 10(f) requires parties to notify the Court within ten days of a change of address. Local Rule CR 41 states: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

      Accordingly, the Clerk shall place a deadline of February 20, 2008, on the Court's calendar to check the record for a change of address filed by plaintiff.

DATED this 10th day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

MINUTE ORDER
Page - 1