1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

ROBERT O. BRAY,

             Plaintiff,

    v.

THURSTON COUNTY CORRECTIONAL
FACILITY, *et al*,

           Defendants.

Case No.  C07-5368RBL-KLS

SECOND MINUTE ORDER

15

16

17

18

    The court hereby directs the Clerk to enter the following Minute Order:

19

20

21

        On December 14, 2007, the Court issued two orders in this matter denying plaintiff's request for a continuance (Dkt. #11) and directing service of the complaint (Dkt. #12).  On December 14, 2007, and December 20, 2007, respectively, the postal service returned plaintiff's copies of those orders, which were sent to his last known address.  Apparently, plaintiff is no longer at that address, but he has not informed the Court of his change of address.

22

23

24

        On February 21, 2008, the Court received a notice of change of address from plaintiff. (Dkt. #33).  On March 27, 2008, the Court issued a pretrial schedule order (Dkt. #35) and sent it to the address set forth in his notice of change of address, along with another copy of the order directing service.  Both of those orders, however, were returned by the postal service on March 31, 2008, apparently because plaintiff was not there. (Dkt. #36-#37).

25

26

27

        Local Rule CR 10(f) requires parties to notify the Court within ten days of a change of address.  Local Rule CR 41 states: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address.  If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

28

        Accordingly, the Clerk shall place another deadline of May 30, 2008, on

the Court's calendar to check the record for a change of address filed by plaintiff.

DATED this 8th day of April, 2008.

Karen L. Strombom
United States Magistrate Judge

MINUTE ORDER
Page - 2