# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT O. BRAY

        v.

THURSTON COUNTY CORRECTIONAL
FACILITY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5368RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is DISMISSED without prejudice; and

The Clerk is directed to terminate this action pursuant to Local Rule CR 41.

|  |  |
|---|---|
| July 17, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |