HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT O. BRAY,

        Plaintiff,

v.

THURSTON COUNTY CORRECTIONAL FACILITY, et al.,

        Defendants.

Case No. C07-5368RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Bray's Motion to Terminate Legal Financial Obligations [Dkt. #45].  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Bray has filed a motion to terminate his legal financial obligations imposed upon him by a Washington State Superior Court based upon his state criminal conviction.  He filed it in this long since closed federal civil case alleging violations of his civil rights.  This motion is not cognizable in this Court, and is especially not cognizable in this closed civil case.  The motion should be filed in the Superior Court and considered by the judge that imposed sentence.  See RCW 10.01.160(4).  As such this motion is **DISMISSED** for lack of jurisdiction.

The Court will accept no further filings in this closed case.

**IT IS SO ORDERED.**

ORDER
Page - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2 appearing pro se.
3    Dated this 11th day of June, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2